ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
JEFFREY K. RIFFER, State Bar No. 87016
  jriffer@elkinskalt.com
ERIC J. LORENZINI, State Bar No. 218433
  elorenzini@elkinskalt.com
1800 Century Park East, 7th Floor
Los Angeles, California 90067
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendant
Cutting Edge Technology

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CUTTING EDGE AUDIO GROUP, LLC D/B/A CUTTING EDGE AUDIO AND VIDEO GROUP,<br><br>Plaintiff,<br><br>v.<br><br>CUTTING EDGE TECHNOLOGY,<br><br>Defendant. | CASE No. CV10-4265 EMC<br><br>STIPULATION TO EXTEND TIME OF DEFENDANT CUTTING EDGE TECHNOLOGY TO RESPOND TO PLAINTIFF'S COMPLAINT ; ORDER<br><br>Judge:   Edward M. Chen<br><br>Trial Date:     None |

Plaintiff Cutting Edge Audio Group, LLC d/b/a Cutting Edge Audio and Video Group (hereinafter "Plaintiff"), on the one hand, and Defendant Cutting Edge Technology (hereinafter "Defendant"), on the other hand, through their counsel of record hereby stipulate and agree as follows:

RECITALS

1. On September 21, 2010, Plaintiff filed its Complaint with this Court.

2. Defendant was served with the Summons and Complaint on September 22, 2010.

3. Pursuant to the Summons, Defendant's response must be filed twenty-one days after service, which is October 13, 2010.

4. Local Rule 6-1 provides that parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, provided the

31524v1

CV10-4265 EMC
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1 | change will not alter the date of any event or any deadline already fixed by Court order.

2 |     5. The parties agree that a thirty-day extension of the time that Defendant has to
answer or otherwise respond to the Complaint is appropriate and that such an extension will not
alter the date of any event or any deadline already fixed by Court order.

## STIPULATION

1. Plaintiff and Defendant hereby stipulate and agree that the time for Plaintiff to file its answer or otherwise respond to the Complaint shall be extended for thirty days, from October 13, 2010 to November 12, 2010.

DATED: October 11, 2010    ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: _____
Eric J. Lorenzini
Attorneys for Defendant
Cutting Edge Technology

DATED: October 11, 2010    KAYE SCHOLER, LLP

By: _____William Sloan Coats___MA__
William Sloan Coats
Attorneys for Plaintiff Cutting Edge Audio Group, LLC
d/b/a Cutting Edge Audio and Video Group

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen

31524v1

2

CV10-4265 EMC

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

*ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP*
*1800 Century Park East, 7th Floor*
*Los Angeles, California 90067*
*Telephone: 310.746.4400 • Facsimile: 310.746.4499*