ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
JEFFREY K. RIFFER, State Bar No. 87016
 jriffer@elkinskalt.com
ERIC J. LORENZINI, State Bar No. 218433
 elorenzini@elkinskalt.com
1800 Century Park East, 7th Floor
Los Angeles, California  90067
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendant
Cutting Edge Technology

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CUTTING EDGE AUDIO GROUP, LLC D/B/A CUTTING EDGE AUDIO AND VIDEO GROUP,<br><br>Plaintiff,<br><br>v.<br><br>CUTTING EDGE TECHNOLOGY,<br><br>Defendant. | CASE No. CV10-4265 EMC<br><br>SECOND STIPULATION TO EXTEND TIME OF DEFENDANT CUTTING EDGE TECHNOLOGY TO RESPOND TO PLAINTIFF'S COMPLAINT  ; ORDER<br><br>Judge:  Edward M. Chen<br><br>Trial Date:    None |

Plaintiff Cutting Edge Audio Group, LLC d/b/a Cutting Edge Audio and Video Group (hereinafter "Plaintiff"), on the one hand, and Defendant Cutting Edge Technology (hereinafter "Defendant"), on the other hand, through their counsel of record hereby stipulate and agree as follows:

RECITALS

1. On September 21, 2010, Plaintiff filed its Complaint with this Court.

2. Defendant was served with the Summons and Complaint on September 22, 2010.

3. Pursuant to the Summons, Defendant's response originally had to be

filed twenty-one days after service, which was October 13, 2010.

4. On October 11, 2010, the parties filed a stipulation to extend time of Defendant to respond to the complaint. On October 18, 2010, the Court issued an Order granting the parties' stipulation, thereby allowing Defendant until November 12, 2010 to respond to Plaintiff's complaint.

5. The parties are currently engaged in settlement negotiations aimed at resolving this case in its entirety. The parties want to continue to focus their energies on their settlement negotiations over the next two weeks, and wish to conserve resources and expenditures on the case in the meantime.

6. For reasons stated above, the parties agree that a short additional extension of the time that Defendant has to answer or otherwise respond to the Complaint is appropriate and that such an extension will not alter the date of any event or any deadline already fixed by Court order.

## STIPULATION

1. Plaintiff and Defendant hereby stipulate and agree that the time for Defendant to file its answer or otherwise respond to the Complaint shall be extended for eighteen days, from November 12, 2010 to November 30, 2010.

DATED: November 10, 2010  ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP


By: /S/ - Eric J. Lorenzini
　　Eric J. Lorenzini
　　Attorneys for Defendant
　　Cutting Edge Technology

DATED: November 10, 2010            KAYE SCHOLER, LLP

By: _____
William Sloan Coats
Attorneys for Plaintiff Cutting Edge Audio
Group, LLC d/b/a Cutting Edge Audio and
Video Group

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
1800 Century Park East, 7th Floor
Los Angeles, California 90067
Telephone: 310.746.4400 • Facsimile: 310.746.4499