ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
JEFFREY K. RIFFER, State Bar No. 87016
 jriffer@elkinskalt.com
ERIC J. LORENZINI, State Bar No. 218433
 elorenzini@elkinskalt.com
1800 Century Park East, 7th Floor
Los Angeles, California 90067
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendant
Cutting Edge Technology

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CUTTING EDGE AUDIO GROUP, LLC D/B/A CUTTING EDGE AUDIO AND VIDEO GROUP,<br><br>Plaintiff,<br><br>v.<br><br>CUTTING EDGE TECHNOLOGY,<br><br>Defendant. | CASE No. CV10-4265 EMC<br><br>THIRD STIPULATION TO EXTEND TIME OF DEFENDANT CUTTING EDGE TECHNOLOGY TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Judge:  Edward M. Chen<br><br>Trial Date:   None |

Plaintiff Cutting Edge Audio Group, LLC d/b/a Cutting Edge Audio and Video Group (hereinafter "Plaintiff"), on the one hand, and Defendant Cutting Edge Technology (hereinafter "Defendant"), on the other hand, through their counsel of record hereby stipulate and agree as follows:

## RECITALS

1. On September 21, 2010, Plaintiff filed its Complaint with this Court.

2. Defendant was served with the Summons and Complaint on September 22, 2010.

3. Pursuant to the Summons, Defendant's response originally had to be

1  filed twenty-one days after service, which was October 13, 2010.

2      4.    On October 11, 2010, the parties filed a stipulation to extend the time of Defendant to respond to the complaint from October 13, 2010 to November 12, 2010. On October 18, 2010, the Court entered the stipulated order. (Dkt. 7.)

5      5.    On November 10, 2010, the parties filed a second stipulation to extend the time of Defendant to respond to the complaint from November 12, 2010 to November 30, 2010. On November 15, 2010, the Court entered the stipulated order. (Dkt. 9).

9      6.    As stated in the second stipulation, the parties are engaged in settlement negotiations aimed at resolving this case in its entirety. Although those settlement negotiations have not yet resulted in a settlement agreement, the parties are continuing to actively negotiate a settlement. The parties want to continue to focus their energies on their settlement negotiations, and wish to conserve resources and expenditures on the case in the meantime.

15      7.    For reasons stated above, the parties agree that a short additional extension of the time that Defendant has to answer or otherwise respond to the Complaint is appropriate and that such an extension will not alter the date of any event or any deadline already fixed by Court order.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

<b>STIPULATION</b>

1. Plaintiff and Defendant hereby stipulate and agree that the time for Defendant to file its answer or otherwise respond to the Complaint shall be extended for thirteen days, from November 30, 2010 to December 13, 2010.

DATED: November 29, 2010    ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: /S/ - Eric J. Lorenzini
Eric J. Lorenzini
Attorneys for Defendant
Cutting Edge Technology

DATED: November 29, 2010    KAYE SCHOLER, LLP

By: William Sloan Coats
William Sloan Coats
Attorneys for Plaintiff Cutting Edge Audio Group, LLC d/b/a Cutting Edge Audio and Video Group

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen

47459v1

THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

CV10-4265 EMC