ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
JEFFREY K. RIFFER, State Bar No. 87016
  jriffer@elkinskalt.com
ERIC J. LORENZINI, State Bar No. 218433
  elorenzini@elkinskalt.com
1800 Century Park East, 7th Floor
Los Angeles, California  90067
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendant
Cutting Edge Technology

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CUTTING EDGE AUDIO GROUP, LLC D/B/A CUTTING EDGE AUDIO AND VIDEO GROUP, <br><br> Plaintiff, <br><br> v. <br><br> CUTTING EDGE TECHNOLOGY, <br><br> Defendant. | CASE No. CV10-4265 EMC <br><br> FOURTH AND FINAL STIPULATION TO EXTEND TIME OF DEFENDANT CUTTING EDGE TECHNOLOGY TO RESPOND TO PLAINTIFF'S COMPLAINT ; ORDER <br><br> Judge:  Edward M. Chen <br><br> Trial Date:      None |

Plaintiff Cutting Edge Audio Group, LLC d/b/a Cutting Edge Audio and Video Group (hereinafter "Plaintiff"), on the one hand, and Defendant Cutting Edge Technology (hereinafter "Defendant"), on the other hand, through their counsel of record hereby stipulate and agree as follows:

<u>RECITALS</u>

1.     On September 21, 2010, Plaintiff filed its Complaint with this Court.

2.     Defendant was served with the Summons and Complaint on September 22, 2010.

3.     Because the parties have been engaged in settlement negotiations aimed

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
1800 Century Park East, 7th Floor
Los Angeles, California 90067
Telephone: 310.746.4400 • Facsimile: 310.746.4499

1  at resolving this case in its entirety, they have filed a series of stipulations extending

2  the time for Defendants to respond to the complaint, most recently extending the

3  deadline to December 13, 2010.  The stipulations have been entered by the Court.

4  (See Dkt. 7, 9, 12.)

5     4.     The parties expect to execute a binding settlement agreement

6  tomorrow, December 14, 2010.  They expect that the agreement will result in

7  dismissal of the action within 10 days of execution, provided that the conditions for

8  dismissal are satisfied.  In view of the imminent settlement and expected dismissal

9  of the action, the parties agree that one final short extension of the time that

10  Defendant has to answer or otherwise respond to the Complaint is appropriate and

11  that such an extension will not alter the date of any event or any deadline already

12  fixed by Court order.

13                    <u>STIPULATION</u>

14     1.     Plaintiff and Defendant hereby stipulate and agree that the time for

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

<div style="writing-mode: vertical">ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>1800 Century Park East, 7th Floor<br>Los Angeles, California 90067<br>Telephone: 310.746.4400 • Facsimile: 310.746.4499</div>

FOURTH AND FINAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Defendant to file its answer or otherwise respond to the Complaint shall be extended

2  for thirteen days, from December 13, 2010 until December 28, 2010.

3

4  DATED: December 13, 2010     ELKINS KALT WEINTRAUB REUBEN
                                GARTSIDE LLP
5

6

7                               By: /S/ - Eric J. Lorenzini

8                                   Eric J. Lorenzini

9                                   Attorneys for Defendant
                                    Cutting Edge Technology
10

11 DATED: December 13, 2010     KAYE SCHOLER, LLP

12

13

14                              By: /S/ - William Sloan Coats

15                                  William Sloan Coats
                                    Attorneys for Plaintiff Cutting Edge Audio
16                                  Group, LLC d/b/a Cutting Edge Audio and
                                    Video Group
17

18 IT IS SO ORDERED

19

20 _____

21 Edward M. Chen
   U.S. Magistrate Judge
22

23

24

25

26

27

28

FOURTH AND FINAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
1800 Century Park East, 7ᵗʰ Floor
Los Angeles, California 90067
Telephone: 310.746.4400 • Facsimile: 310.746.4499